UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:10cr55 |
| | ) | |
| ADDONES SPENCER | ) | |
| | ) | |

OPINION AND ORDER

This matter is before the court on a "Rule 35 Motion" filed by the defendant on February 27, 2015.

Defendant was sentenced on March 14, 2011. Rule 35(a) of the Federal Rules of Criminal Procedure provides that "within 14 days after sentencing, the court may correct a sentence..."

Defendant's motion is time-barred and is hereby DENIED.

SO ORDERED

Entered: March 2, 2015.

s/ William C. Lee
William C. Lee, Judge
United States District Court